REPORTER'S RECORD
VOLUME 1 OF 5 VOLUMES
TRIAL COURT CAUSE NO. B13-637
COURT OF APPEALS NUMBER 04-14-00560-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | ) | IN THE DISTRICT COURT |
| VS. | ) | KERR COUNTY, TEXAS |
| VERNON LEE TRAVIS, III | ) | 198TH JUDICIAL DISTRICT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MASTER INDEX

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CHRONOLOGICAL INDEX
TRIAL ON THE MERITS

| MAY 6, 2014 | PAGE | VOL |
|---|---|---|
| PROCEEDINGS | 7 | 2 |
| VOIR DIRE-JURY QUALIFICATION | | |
|   THE COURT | 7 | 2 |
|     PROSPECTIVE JUROR NUMBER 69 | 11 | 2 |
|     PROSPECTIVE JUROR NUMBER 47 | 12 | 2 |
|     PROSPECTIVE JUROR NUMBER 65 | 13 | 2 |
|     PROSPECTIVE JUROR NUMBER 62 | 15 | 2 |
|     PROSPECTIVE JUROR NUMBER 28 | 16 | 2 |
| VOIR DIRE EXAMINATION | | |
|   THE COURT | 20 | 2 |
| VOIR DIRE EXAMINATION | | |
|   MR. MONROE | 24 | 2 |
| VOIR DIRE EXAMINATION | | |
|   MR. BROWN | 57 | 2 |
|     PROSPECTIVE JUROR NUMBER 18 | 84 | 2 |
|     PROSPECTIVE JUROR NUMBER 3 | 85 | 2 |
|     PROSPECTIVE JUROR NUMBER 19 | 91 | 2 |
|     PROSPECTIVE JUROR NUMBER 24 | 92 | 2 |
|     PROSPECTIVE JUROR NUMBER 34 | 94 | 2 |
|     PROSPECTIVE JUROR NUMBER 26 | 97 | 2 |
|     PROSPECTIVE JUROR NUMBER 31 | 99 | 2 |
|     PROSPECTIVE JUROR NUMBER 29 | 101 | 2 |
|     PROSPECTIVE JUROR NUMBER 23 | 102 | 2 |

CHRONOLOGICAL INDEX

CHRONOLOGICAL INDEX
TRIAL ON THE MERITS

| MAY 6, 2014 | PAGE | VOL |
|---|---|---|
| PROSPECTIVE JUROR NUMBER 8 | 104 | 2 |
| PROSPECTIVE JUROR NUMBER 15 | 106 | 2 |
| PROSPECTIVE JUROR NUMBER 6 | 109 | 2 |
| PROSPECTIVE JUROR NUMBER 21 | 110 | 2 |
| CHALLENGES FOR CAUSE | 113 | 2 |
| SELECTION OF THE JURY | 117 | 2 |
| OATH TO THE JURY | 120 | 2 |
| INSTRUCTIONS TO THE JURY | 120 | 2 |
| INDICTMENT READ TO THE DEFENDANT | 124 | 2 |
| DEFENDANT'S PLEA OF GUILTY | 124 | 2 |
| OPENING STATEMENT<br>  MR. MONROE | 126 | 2 |
| OPENING STATEMENT<br>  MR. BROWN | 128 | 2 |

| WITNESSES | DIRECT | VD | CROSS | REDIRECT | RECROSS | VOL |
|---|---|---|---|---|---|---|
| OFFICER CAROL TWISS<br>  BY MR. MONROE | 131 | | | | | 2 |

| | PAGE | VOL |
|---|---|---|
| THE WITNESS IDENTIFIED THE DEFENDANT | 167 | 2 |
| REPORTER'S CERTIFICATE | 178 | 2 |

VOLUME 1 - MASTER INDEX                              4

CHRONOLOGICAL INDEX
TRIAL ON THE MERITS

MAY 7, 2014                                    PAGE   VOL

PROCEEDINGS                                      6     3

| WITNESSES | DIRECT | VD | CROSS | REDIRECT | RECROSS | VOL |
|---|---|---|---|---|---|---|
| **GUILT/INNOCENCE** | | | | | | |
| CAPTAIN CAROL TWISS | | | | | | |
|   BY MR. MONROE | 12 | | | 40,46 | | 3 |
|   BY MR. BROWN | | | 14 | | 45 | 3 |
| JAMES LEDFORD | | | | | | |
|   BY MR. MONROE | 47 | | | 69 | | 3 |
|   BY MR. BROWN | | | 52 | | | 3 |
| CAPTAIN CAROL TWISS | | | | | | |
|   BY MR. MONROE | 72,75 | | | | | 3 |
|   BY MR. BROWN | | 73 | 77 | | | 3 |
| **PUNISHMENT PHASE** | | | | | | |
| NAOMI WEATHERLY | | | | | | |
|   BY MR. MONROE | 98 | | | 106 | | 3 |
|   BY MR. BROWN | | | 104 | | 112 | 3 |
| AMBER WILKINSON | | | | | | |
|   BY MR. MONROE | 115 | | | 141 | | 3 |
|   BY MR. BROWN | | | 127 | | 142 | 3 |
| DR. JOHN ROACHE | | | | | | |
|   BY MR. BROWN | 144 | | | 192 | | 3 |
|   BY MR. MONROE | | | 167 | | 194 | 3 |
| ANISSA GONZALEZ | | | | | | |
|   BY MR. BROWN | 199 | | | | | 3 |
|   BY MR. MONROE | | | 206 | | | 3 |
| RANDY L. KENNEDY | | | | | | |
|   BY MR. BROWN | 209 | | | | | 3 |
|   BY MR. MONROE | | | 217 | | | 3 |
| JENNA RODRIGUEZ | | | | | | |
|   BY MR. BROWN | 219,225 | | | | | 3 |
|   BY MR. MONROE | | 225 | | | | 3 |
|   BY MR. MONROE | | | 226 | | | 3 |

TERI THOMAS, CSR, RPR, CMRS

CHRONOLOGICAL INDEX
TRIAL ON THE MERITS

| WITNESSES | DIRECT | VD | CROSS | REDIRECT | RECROSS | VOL |
|---|---|---|---|---|---|---|
| VERNON LEE TRAVIS, JR. | | | | | | |
|   BY MR. BROWN | 231 | | | | | 3 |
|   BY MR. MONROE | | | | 246 | | 3 |

| | PAGE | VOL |
|---|---|---|
| THE STATE WILL REST | 78 | 3 |
| THE DEFENSE RESTS | 79 | 3 |
| OBJECTIONS TO THE CHARGE | 79 | 3 |
| STATE CLOSES | 81 | 3 |
| DEFENSE CLOSES | 82 | 3 |
| GUILT/INNOCENCE PHASE CHARGE TO THE JURY | | |
|   THE COURT | 82 | 3 |
| CLOSING STATEMENT | | |
|   MR. MONROE | 84 | 3 |
| CLOSING STATEMENT | | |
|   MR. BROWN | 85 | 3 |
| GUILT/INNOCENCE | | |
|   VERDICT | 88 | 3 |
| PUNISHMENT PHASE OPENING STATEMENT | | |
|   MR. MONROE | 91 | 3 |
| OPENING STATEMENT | | |
|   MR. BROWN | 92 | 3 |
| STATE RESTS ON PUNISHMENT | 142 | 3 |
| REPORTER'S CERTIFICATE | 251 | 3 |

CHRONOLOGICAL INDEX
TRIAL ON THE MERITS

MAY 8, 2014                                                PAGE    VOL

PROCEEDINGS                                                  5      4

| WITNESSES | DIRECT | VD | CROSS | REDIRECT | RECROSS | VOL |
|---|---|---|---|---|---|---|
| PUNISHMENT PHASE | | | | | | |
| DAWN BROWN | | | | | | |
|   BY MR. BROWN | 6 | | | | | 4 |
|   BY MR. MONROE | | | 25 | | | 4 |
| VERNON LEE TRAVIS, III | | | | | | |
|   BY MR. BROWN | 37 | | | | | 4 |
|   BY MR. MONROE | | | 102 | | | 4 |

|  | PAGE | VOL |
|---|---|---|
| DEFENDANT RESTS | 181 | 4 |
| STATE CLOSE | 181 | 4 |
| DEFENSE CLOSES | 181 | 4 |
| OBJECTIONS TO THE CHARGE | 182 | 4 |
| CHARGE TO THE JURY ON PUNISHMENT | 182 | 4 |
| PUNISHMENT PHASE CLOSING STATEMENT | | |
|   MR. MONROE | 186 | 4 |
| CLOSING STATEMENT | | |
|   MR. BROWN | 189 | 4 |
| CLOSING STATEMENT | | |
|   MR. MONROE | 204 | 4 |
| JURY QUESTION | | |
| VERDICT | 218 | 4 |
| REPORTER'S CERTIFICATE | 222 | 4 |

ALPHABETICAL INDEX
VOLUME 1 OF 5 VOLUMES
TRIAL ON THE MERITS

| WITNESSES | DIRECT | VD | CROSS | REDIRECT | RECROSS | VOL |
|---|---|---|---|---|---|---|
| DAWN BROWN | | | | | | |
|   BY MR. BROWN | 6 | | | | | 4 |
|   BY MR. MONROE | | | 25 | | | 4 |
| ANISSA GONZALEZ | | | | | | |
|   BY MR. BROWN | 199 | | | | | 3 |
|   BY MR. MONROE | | | 206 | | | 3 |
| RANDY L. KENNEDY | | | | | | |
|   BY MR. BROWN | 209 | | | | | 3 |
|   BY MR. MONROE | | | 217 | | | 3 |
| JAMES LEDFORD | | | | | | |
|   BY MR. MONROE | 47 | | | 69 | | 3 |
|   BY MR. BROWN | | | 52 | | | 3 |
| DR. JOHN ROACHE | | | | | | |
|   BY MR. BROWN | 144 | | | 192 | | 3 |
|   BY MR. MONROE | | | 167 | | 194 | 3 |
| JENNA RODRIGUEZ | | | | | | |
|   BY MR. BROWN | 219,225 | | | | | 3 |
|   BY MR. MONROE | | 225 | 226 | | | 3 |
| VERNON LEE TRAVIS, JR., | | | | | | |
|   BY MR. BROWN | 231 | | | | | 3 |
|   BY MR. MONROE | | | 246 | | | 3 |
| VERNON LEE TRAVIS, III | | | | | | |
|   BY MR. BROWN | 37 | | | | | 4 |
|   BY MR. MONROE | | | 102 | | | 4 |

(CONTINUED ON NEXT PAGE)

ALPHABETICAL INDEX
VOLUME 1 OF 5 VOLUMES
TRIAL ON THE MERITS
(CONTINUED)

| WITNESSES | DIRECT | VD | CROSS | REDIRECT | RECROSS | VOL |
|---|---|---|---|---|---|---|
| OFFICER CAROL TWISS | | | | | | |
|   BY MR. MONROE | 131 | | | | | 2 |
| OFFICER CAROL TWISS | | | | | | |
|   BY MR. MONROE | 12 | | | 40,46 | | 3 |
|   BY MR. BROWN | | | 14 | | 45 | 3 |
| CAPTAIN CAROL TWISS | | | | | | |
|   BY MR. MONROE | 72,75 | | | | | 3 |
|   BY MR. BROWN | | 73 | 77 | | | 3 |
| NAOMI WEATHERLY | | | | | | |
|   BY MR. MONROE | 98 | | | 106 | | 3 |
|   BY MR. BROWN | | | 104 | | 112 | 3 |
| AMBER WILKINSON | | | | | | |
|   BY MR. MONROE | 115 | | | 141 | | 3 |
|   BY MR. BROWN | | | 127 | | 142 | 3 |

```
 1                    REPORTER'S CERTIFICATE

 2   THE STATE OF TEXAS    )
     COUNTY OF KERR        )
 3

 4           I, Teri L. Thomas, Deputy Official Court Reporter

 5   in and for the 198th District Court, Kerr County, State of

 6   Texas, do hereby certify that the above and foregoing contains

 7   a true and correct transcription of all portions of evidence

 8   and other proceedings requested in writing by counsel for the

 9   parties to be included in this volume of the Reporter's

10   Record, in the above-styled and numbered cause, all of which

11   occurred in open court or in chambers and were reported by me.

12           I further certify that this Reporter's Record of

13   the proceedings truly and correctly reflects the exhibits, if

14   any, admitted by the respective parties.

15           I further certify that the total cost for the

16   preparation of this Reporter's Record is $See Vol 4 and was

17   paid by Mr. Gary F. Churak, Attorney for the Defendant.

18           WITNESS MY OFFICIAL HAND this the 30th day of

19   November, 2014.

20                           /s/ Teri L. Thomas
                             Teri L. Thomas, Texas CSR #1789
21                           Expiration Date:  12/31/2015
                             Deputy Official Court Reporter
22                           132 Oak View Drive
                             Boerne, Texas 78006
23                           Telephone:  (210)415-8111
                             Facsimile:  (830)249-7317
24                           Email:  tthomasnunley@gmail.com

25
```