REPORTER'S RECORD
VOLUME 5 OF 5 VOLUMES
TRIAL COURT CAUSE NO. B13-637
COURT OF APPEALS NUMBER 04-14-00560-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | ) | IN THE DISTRICT COURT |
| | ) | |
| VS. | ) | KERR COUNTY, TEXAS |
| | ) | |
| VERNON LEE TRAVIS, III | ) | 198TH JUDICIAL DISTRICT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EXHIBIT VOLUME

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

EXHIBIT INDEX
TRIAL ON THE MERITS

| NO. | STATE'S | OFFERED | ADMITTED | VOL |
|---|---|---|---|---|
| 1 | PHOTOGRAPH | 150 | 150 | 2 |
| 2 | PHOTOGRAPH | 150 | 150 | 2 |
| 3 | PHOTOGRAPH | 150 | 150 | 2 |
| 4 | PHOTOGRAPH | 150 | 150 | 2 |
| 5 | PHOTOGRAPH | 150 | 150 | 2 |
| 6 | PHOTOGRAPH | 150 | 150 | 2 |
| 7 | PHOTOGRAPH | 150 | 150 | 2 |
| 8 | PHOTOGRAPH | 150 | 150 | 2 |
| 9 | PHOTOGRAPH | 150 | 150 | 2 |
| 10 | PHOTOGRAPH | 150 | 150 | 2 |
| 11 | PHOTOGRAPH | 150 | 150 | 2 |
| 12 | PHOTOGRAPH | 150 | 150 | 2 |
| 13 | PHOTOGRAPH | 150 | 150 | 2 |
| 14 | PHOTOGRAPH | 150 | 150 | 2 |
| 15 | PHOTOGRAPH | 150 | 150 | 2 |
| 16 | PHOTOGRAPH | 150 | 150 | 2 |
| 17 | PHOTOGRAPH | 150 | 150 | 2 |
| 18 | PHOTOGRAPH | 150 | 150 | 2 |
| 19 | PHOTOGRAPH | 150 | 150 | 2 |
| 20 | PHOTOGRAPH | 150 | 150 | 2 |
| 21 | PHOTOGRAPH | 150 | 150 | 2 |

EXHIBIT INDEX
TRIAL ON THE MERITS

| NO. | STATE'S | OFFERED | ADMITTED | VOL |
|---|---|---|---|---|
| 22 | PHOTOGRAPH | 150 | 150 | 2 |
| 23 | PHOTOGRAPH | 150 | 150 | 2 |
| 24 | FLOOR PLAN OF THE HOUSE | 150 | 150 | 2 |
| 25 | PHOTOGRAPH | 158 | 158 | 2 |
| 26 | EVIDENCE BAG AND BODY VEST | 162 | 163 | 2 |
| 27 | 9 MILLIMETER RUGER GUN | 164 | 164 | 2 |
| 28 | GLOCK GUN | 164 | 164 | 2 |
| 29 | ENTIRE VIDEO INTERVIEW | 169 | | 2 |
| 30 | REDACTED VIDEO INTERVIEW | 169 | | 2 |

| NO. | STATE'S | OFFERED | ADMITTED | VOL |
|---|---|---|---|---|
| 29 | ENTIRE VIDEO INTERVIEW (IDENTIFICATION ONLY) | 50 | 51 | 3 |
| 30 | REDACTED VIDEO INTERVIEW | 50 | 51 | 3 |
| 31 | GLOVES AND BAG | 13 | 13 | 3 |
| 32 | PHOTOGRAPH | 73 | 75 | 3 |
| 33 | PHOTOGRAPH | 73 | 75 | 3 |
| 34 | PHOTOGRAPH | 73 | 75 | 3 |
| 35 | PHOTOGRAPH | 73 | 75 | 3 |
| 36 | PHOTOGRAPH | 73 | 75 | 3 |
| 37 | PHOTOGRAPH | 73 | 75 | 3 |
| 38 | INDICTMENT FOR SENTENCE, PROBATION, CONDITIONS OF PROBATION FROM THE STATE OF ARIZONA | 100 | 101 | 3 |

EXHIBIT INDEX
TRIAL ON THE MERITS

| NO. | STATE'S | OFFERED | ADMITTED | VOL |
|---|---|---|---|---|
| 39 | SET OF PROBATION CONDITIONS THAT MR. TRAVIS SIGNED WHEN HE CAME TO TEXAS | 103 | 103 | 3 |
| 40 | PHOTOGRAPH OF BOY | 126 | 126 | 3 |
| 41 | PHOTOGRAPH OF BOY | 126 | 126 | 3 |
| 42 | CERTIFICATE OF RELEASE | 174 | | 3 |

| NO. | STATE'S | OFFERED | ADMITTED | VOL |
|---|---|---|---|---|
| 42 | CERTIFICATE OF RELEASE | 172 | 172 | 4 |
| 43 | TEXT MESSAGES | 110 | 110 | 4 |
| 44 | TEXT MESSAGES | 110 | 110 | 4 |
| 45 | TEXT MESSAGES | 110 | 110 | 4 |
| 46 | INDICTMENT FROM ARIZONA | 104 | 104 | 4 |
| 47 | PHOTO OF BIG MIKE | 106 | 106 | 4 |
| 48 | VERNON LEE TRAVIS' CELL PHONE | | | 4 |

EXHIBIT INDEX
TRIAL ON THE MERITS

| NO. | DEFENDANT'S | OFFERED | ADMITTED | VOL |
|---|---|---|---|---|
| 1 | DR. DELWIN WILLIAMS' MEDICAL RECORDS | 148 | | 3 |
| 1 | DR. DELWIN WILLIAMS' MEDICAL RECORDS | 97 | 97 | 4 |
| 2 | CERTIFICATE FROM THE U.S. HOUSE OF REPRESENTATIVES FOR RECOGNITION FOR GRADUATING | 41 | 41 | 4 |
| 3 | PHOTO | 53 | 53 | 4 |
| 4 | PHOTO | 53 | 53 | 4 |
| 5 | PHOTO | 53 | 53 | 4 |
| 6 | WRITE-UP | 56 | 56 | 4 |
| 7 | CERTIFICATE FOR TIME IN IRAQ | 58 | 58 | 4 |

REPORTER'S CERTIFICATE

THE STATE OF TEXAS   )
COUNTY OF KERR       )

I, Teri L. Thomas, Deputy Official Court Reporter in and for the 198th District Court, Kerr County, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record, in the above-styled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, admitted by the respective parties.

I further certify that the total cost for the preparation of this Reporter's Record is $_____ and was paid by Mr. Gary F. Churak, Attorney for the Defendant.

WITNESS MY OFFICIAL HAND this the 30th day of November, 2014.

/s/ Teri L. Thomas
Teri L. Thomas, Texas CSR #1789
Expiration Date: 12/31/2015
Deputy Official Court Reporter
132 Oak View Drive
Boerne, Texas 78006
Telephone: (210)415-8111
Facsimile: (830)249-7317
Email: tthomasnunley@gmail.com