UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| VERNON LEE TRAVIS, III,<br>TDCJ No. 01932961,<br><br>Petitioner,<br><br>v.<br><br>LORIE DAVIS, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br><br>Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | SA-17-CA-0738-XR |

# J U D G M E N T

The Court has considered the Judgment to be entered in the above-styled and number cause.

Pursuant to this Court's Memorandum Opinion and Order of even date herewith, **IT IS HEREBY ORDERED, ADJUDGED** and **DECREED** that Petitioner Vernon Lee Travis, III's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Docket Entry 1) is **DISMISSED WITH PREJUDICE**. All pending motions, if any, are **DENIED**, and no Certificate of Appealability shall issue in this case. This case is now **CLOSED**.

It is so ORDERED.

SIGNED this 19th day of April, 2018.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE